# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0381. ANTHONY BLACKMON v. THE STATE.**

In 2011, Anthony Blackmon pleaded guilty to sexual battery and was sentenced to five years of probation, with a portion to be served in a probation detention facility. Blackmon is presently incarcerated, apparently for a different offense. In 2021, he filed a pro se motion for leave to file an out-of-time appeal from his sexual battery conviction. Following a hearing, the trial court entered an order on August 20, 2021 denying the motion. On September 21, 2021, Blackmon filed a notice of appeal. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Blackmon's notice of appeal was filed 32 days after entry of the trial court's order.

We note that Blackmon's notice is dated September 8, but was not postmarked until September 15 and not stamped "filed" by the trial court clerk until September 21. Thus, it appears that "although [Blackmon] acted promptly after receiving [the trial court's] order, his filing did not get to the superior court in time. So we have no jurisdiction over his appeal." *Ebeling v. State*, 355 Ga. App. 469, 470 (844 SE2d 518) (2020). We recognize that "this is a harsh and unfair result" and "a recurring problem." Id. Nevertheless, this appeal must be, and hereby is, DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/22/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _____ *, Clerk.*